**Fill in this information to identify the case:**

Debtor 1: James W Berry, Jr.

Debtor 2: Carol J Berry
(Spouse, if filing)

United States Bankruptcy Court for the: District of Kansas

Case number: 24-21363

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Carrington Mortgage Services, LLC

**Court claim no.** (if known): 26-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 5 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/01/2025

**New total payment:** $ 2,634.13
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 927.60       New escrow payment: $ 1,683.98

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Debtor 1 James W Berry, Jr.  Case number (if known) 24-21363

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Tawakoni Hill
Signature

Date 10/29/2025

Print: Tawakoni Hill
       First Name    Middle Name    Last Name

Title Authorized Agent

Company Liepold, Harrison & Associates, PLLC

Address 370 W. Las Colinas Blvd., Suite 220
        Number          Street

Irving                          TX      75039
City                            State   ZIP Code

Contact phone 800-349-1254

Email pcninquries@lha-law.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

*In Re:*                                                          **Case No.** 24-21363

James W Berry, Jr.

Carol J Berry

                                                                       **Chapter 13**

      **Debtor(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on  10/29/2025  , a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

                                                        By: /s/ Tawakoni Hill

                                                        Tawakoni Hill
                                                        Authorized Agent for Creditor
                                                        Liepold, Harrison, and Associates
                                                        370 W. Las Colinas Blvd., Suite 220
                                                        Irving, Texas 75039

### *Debtor*

James W Berry, Jr.  
13510 W. 116th Ter  
Olathe, KS 66062

Carol J Berry  
13510 W. 116th Ter  
Olathe, KS 66062

### *Debtor's Counsel*

Ryan Michael Graham  
Wm Law  
15095 West 116th Street  
Olathe, KS 66062

### *Trustee*

William H Griffin  
5115 Roe Blvd Ste 200  
Roeland Park, KS 66205-2393

### *U.S. Trustee*

U.S. Trustee  
Office of the United States Trustee  
301 North Main Suite 1150  
Wichita, KS 67202



1600 South Douglass Road
Suites 110 & 200-A
Anaheim, CA 92806

# Your Escrow Statement

Property Address: 13510 W 116TH TER
OLATHE, KS 66062

**Statement Date: 09/26/25**
**Loan number:**

## Questions?
1-800-561-4567
www.CarringtonMortgage.com

**Important information inside!**

0065021   SP      1899     -C02-P00000-I

JAMES W BERRY JR
CAROL J BERRY
13510 W 116TH TER
OLATHE       KS 66062



Let Carrington be your best resource! We enable a lifetime of simple and attainable homeownership.

**Thank you for being the best part of our Carrington family.**

You are receiving this statement because we have completed your escrow analysis review.

Your escrow account is an account that we manage on your behalf to pay for your insurance and taxes. For more information and resources regarding escrow, login to your Carrington Account and select "Escrow Summary" under "Customer Request" on the left menu.

## YOUR NEW PAYMENT:   EFFECTIVE 12/01/25

|  | CURRENT PAYMENT | NEW PAYMENT | CHANGE |
|---|---|---|---|
| Principal & interest | $950.15 | $950.15 | - |
| Escrow payment | $927.60 | $1,189.25 | $261.65 |
| Shortage payment |  | $494.73 | $494.73 |
| **Total** | **$1,877.75** | **$2,634.13** | **$756.38** |

**ANALYSIS SUMMARY**

You have a shortage of:

**$5,936.79**

$5,936.79  /  12 = $494.73

Your escrow account has a shortage due to an increase in your taxes and or insurance. The shortage amount will be spread over the next 12 months and added to your monthly payment as shown above.

### Your escrow payment over the next 12 months:

We estimate your total taxes and/or insurance payments to be $14,271.10 for the next 12 months. Here is how we calculated your new monthy escrow payment:

| | |
|---|---:|
| Home insurance | $5,214.00 |
| FHA mtg ins | $2,479.32 |
| County tax | $6,577.78 |
| Total escrow | $14,271.10 |

| | |
|---|---:|
| Total escrow | $14,271.10 |
| Divided by 12 months | 12 |
| New monthly escrow payment | $1,189.25 |

Any changes to your taxes and insurance are determined by your taxing authorities and insurance providers, not Carrington Mortgage Services, LLC.



## PROJECTED ESCROW ACTIVITY 12/25 – 11/26

| DATE | PAYMENT TO ESCROW | ESTIMATED DISBURSEMENT | DESCRIPTION | PROJECTED ESCROW BALANCE | REQUIRED ESCROW BALANCE |
| --- | --- | --- | --- | --- | --- |
| | | | **BEGINNING BALANCE:** | **$3,548.74** | **$9,485.53** |
| 12/25 | $1,189.25 | **$5,214.00** | **Home insurance** | -$3,971.51 | $1,965.28 |
| | - | **$206.61** | **FHA mtg ins** | - | - |
| | - | **$3,288.89** | **County tax** | - | - |
| 01/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | -$2,988.87 | $2,947.92 |
| 02/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | -$2,006.23 | $3,930.56 |
| 03/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | -$1,023.59 | $4,913.20 |
| 04/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | -$40.95 | $5,895.84 |
| 05/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | -$2,347.20 | $3,589.59 |
| | - | **$3,288.89** | **County tax** | - | - |
| 06/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | -$1,364.56 | $4,572.23 |
| 07/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | -$381.92 | $5,554.87 |
| 08/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | $600.72 | $6,537.51 |
| 09/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | $1,583.36 | $7,520.15 |
| 10/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | $2,566.00 | $8,502.79 |
| 11/26 | $1,189.25 | **$206.61** | **FHA mtg ins** | $3,548.64 | $9,485.43 |



Lowest Projected Balance (12/25)

**-$3,971.51**

**Lowest Projected Balance =** the lowest projected point over your 12 month analysis period. This number represents the running balance in your escrow account estimated by your monthly payments to escrow minus any tax and insurance disbursements made on your behalf.

**−**

Minimum Amount Required

**$1,965.28**

**Minimum Amount Required =** two months of escrow payments, excluding mortgage insurance, to account for any tax and insurance increases. This amount is regulated by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract, or state law.

**=**

Escrow Shortage Amount

**$5,936.79**

**Escrow Shortage Amount =** the difference between your lowest projected balance and the minimum amount required determines if there is a shortage or surplus in your escrow account



Statement Date: 09/26/25
Loan number:

## ESCROW ACCOUNT HISTORY  11/24 – 10/25

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|---|
| Date | Projected | Actual | Projected | Description | Actual | Description | Projected | Actual |
| | | | | | | BEGINNING BALANCE: | $5,838.21 | -$ 3,623.81 |
| 11/24 | $927.60 * | - | $213.65 | FHA mtg ins | $213.65 | FHA mtg ins | $6,552.16 | -$3,837.46 |
| 12/24 | $927.60 * | - | $3,109.00 * | Home insurance | $3,288.89 | County tax | $1,427.90 | -$7,340.00 |
| | | | $213.65 | FHA mtg ins | $213.65 | FHA mtg ins | | |
| | | | $2,729.21 | County tax | - | | | |
| 01/25 | $927.60 * | - | $213.65 | FHA mtg ins | $213.65 | FHA mtg ins | $2,141.85 | -$7,553.65 |
| 02/25 | $927.60 * | - | $213.65 * | FHA mtg ins | $206.61 | FHA mtg ins | $2,855.80 | -$7,760.26 |
| 03/25 | $927.60 * | - | $213.65 * | FHA mtg ins | $206.61 | FHA mtg ins | $3,569.75 | -$7,966.87 |
| 04/25 | $927.60 * | - | $213.65 * | FHA mtg ins | $206.61 | FHA mtg ins | $4,283.70 | -$11,462.37 |
| | | | | | $3,288.89 | County tax | | |
| 05/25 | $927.60 * | $5,834.40 | $213.65 * | FHA mtg ins | $206.61 | FHA mtg ins | $2,268.44 | -$5,834.58 |
| | | | $2,729.21 | County tax | - | | | |
| 06/25 | $927.60 * | $1,855.20 | $213.65 * | FHA mtg ins | $206.61 | FHA mtg ins | $2,982.39 | -$4,185.99 |
| 07/25 | $927.60 * | $1,855.20 | $213.65 * | FHA mtg ins | $206.61 | FHA mtg ins | $3,696.34 | -$2,537.40 |
| 08/25 | $927.60 * | $2,274.58 | $213.65 * | FHA mtg ins | $206.61 | FHA mtg ins | $4,410.29 | -$469.43 |
| 09/25 | $927.60 | $927.60 | $213.65 * | FHA mtg ins | $206.61 | FHA mtg ins | $5,124.24 | $251.56 |
| 10/25 | $927.60 | - | $213.65 | FHA mtg ins | - | | $5,838.19 | $251.56 |
| Total | $11,131.20 | $12,746.98 | $11,131.22 | | $8,871.61 | | | |

An asterisk (*) marks any difference from what was projected in either the amount or date.

### Anticipated escrow payments up to escrow analysis effective date:

| 08/25 | $927.60 |
|---|---|
| 09/25 | $927.60 |
| 10/25 | $1,855.20 |

### Anticipated escrow disbursements up to escrow analysis effective date:

| 10/25 | $206.61 | FHA mtg ins |
|---|---|---|



For more information and resources regarding escrow, login to your Carrington Account and select **"Escrow Summary"** under **"Customer Request"** on the left menu.

You can also check out our **www.CarringtonMortgage.com/learningcenter** and search "Escrow" for additional resources.

If you prefer to speak with someone, please contact our customer service team at 1-800-561-4567.



## ADDITIONAL INFORMATION

**VERBAL INQUIRIES & COMPLAINTS**
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC, by calling 1-800-561-4567. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 9:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at www.CarringtonMortgage.com.

**IMPORTANT BANKRUPTCY NOTICE**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING AND DIRECT DISPUTES**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If you have concerns regarding the accuracy of any information contained in a consumer report pertaining to this account, you may send a direct dispute to Carrington Mortgage Services, LLC by fax to 1-800-486-5134 or in writing to Carrington Mortgage Services, LLC, and Attention:Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at 1-800-569-4287 or toll-free TTY 1-800-877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at 1-855-411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission. Equal Credit Opportunity. Washington, DC 20580.

**SCRA DISCLOSURE-**
**MILITARY PERSONNEL/SERVICEMEMBERS**
If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to 1-800-486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the Customer Service Department for Carrington Mortgage Services, LLC toll free at 1-800-561-4567, Monday through Friday, 8:00 a.m. to 9:00 p.m. Eastern Time. You may also visit our website at www.CarringtonMortgage.com.





**Your Options:**

Property Address: 13510 W 116TH TER
OLATHE, KS 66062

**Loan number:**

# Understanding Your Options



### Option 1

Do Nothing: The shortage will be spread over the next 12 months.

| | |
|---|---:|
| Principal & interest: | $950.15 |
| Escrow payment: | $1,189.25 |
| Shortage payment: | $494.73 |
| **New Payment:** | **$2,634.13** |

If you elect to do nothing, we will spread the shortage amount over 12 months. The amount of $494.73 will be added to your monthly mortgage payment effective 12/01/2025.
If you are currently enrolled in our AutoPay, we will adjust your payments for you. If you make payments automatically through your bank's BillPay service, you will need to adjust your payment amount.



### Option 2

Pay the escrow shortage in full using the attached shortage coupon.

| | |
|---|---:|
| Principal & interest: | $950.15 |
| Escrow payment: | $1,189.25 |
| **New Payment:** | **$2,139.40** |

If you elect option 2, you can make a shortage payment through your online account under "Payments", through our mobile app, or by mailing payment with the attached coupon.

Questions? 1-800-561-4567 • www.CarringtonMortgage.com

---



## Escrow Shortage Payment

for loan number:

You can make a shortage payment through your Carrington account under "Payments", through our mobile app, or by mailing payment with this coupon.

**Escrow Shortage:** $5,936.79
**Due Date:** 12/1/2025

$ _____ . __

Please make check payable to Carrington Mortgage Services, LLC



CARRINGTON MORTGAGE SERVICES LLC
PO BOX 660586
DALLAS, TX 75266-0586

